United States District Court
For the Northern District of California

1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

SEAN P. SLATTEN,

     Plaintiff,

  v.

24 HOUR FITNESS USA, INC.,

     Defendant.

_____/

No. C 11-05959 CW

ORDER VACATING
CASE MANAGEMENT
CONFERENCE AND
SETTING BRIEFING
SCHEDULE

10

11

12

13

    A case management conference is not required in this case.
The case management conference previously set for March 21, 2012,
is vacated.

14

15

16

    Plaintiff shall file a motion to compel arbitration in a
single brief of no more than twenty-five pages on Thursday,
January 19, 2012.

17

18

19

20

    Defendant shall file an opposition to the motion to compel
arbitration in a single brief of no greater than twenty-five pages
on Thursday, February 2, 2012.

21

22

23

24

    Plaintiff may file a reply to the motion to compel
arbitration of no greater than fifteen pages on Thursday, February
9, 2012.  The hearing will be held on Thursday, February 23, 2012
at 2:00 p.m. in Courtroom 2.

25

26

Dated: 12/13/2011

_____
CLAUDIA WILKEN
United States District Judge

27

28